(Reported below: 250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 742);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 742);
(250 F. 3d 743);
(250 F. 3d 743);
(250 F. 3d 743).
C. A. 5th Cir. Certiorari denied.